# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CARLOS ALBERTO MIRA GIL,

    Plaintiff,

v.                                                  Case No. 8:09-CV-2101-T-30TBM

NEPHTALI SEPULVEDA, et al.,

    Defendants.

_____/

## **ORDER**

Before the Court is Plaintiff's motion for leave to proceed on appeal *in forma pauperis* (Dkt. 15).[1] Statutory provision for litigation *in forma pauperis* in the federal courts is made by 28 U.S.C. § 1915, authorizing any court of the United States to allow indigent persons to prosecute, defend or appeal suits without prepayment of costs. *See Coppedge v. United States*, 369 U.S. 438, 441 (1962). The following statutory language guides district courts in passing upon an application for *in forma pauperis* status: "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "'Good faith' has been defined as a requirement that an appeal present a nonfrivolous question for review." *Cruz v. Hauck*, 404 U.S. 59, 62 (1971). "An issue is

---

[1] Plaintiff's amended complaint was dismissed because it was barred by the statute of limitations and failed to state a claim upon which relief may be granted (See Dkt. 7).

frivolous when it appears that 'the legal theories are indisputably meritless.'" *Ghee v. Retailers Nat'l Bank*, 271 Fed. Appx. 858, 860 (11th Cir. 2008) (citing *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993)). "In other words, an IFP action is frivolous, and thus not brought in good faith, if it is 'without arguable merit either in law or fact.'" *Ghee*, 271 Fed. Appx. at 859 (citing *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001)).

This appeal is not taken in good faith under 28 U.S.C. 1915(a)(3) and Rule 24(a) of the Federal Rules of Appellate Procedure because Plaintiff has not demonstrated "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." *McIntosh v. United States Parole Comm'n*, 115 F.3d 809, 812 (10th Cir. 1997) (quoting *DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991)). Accordingly, Plaintiff is not entitled to appeal as a pauper, and he will be required to pay the $455.00 appellate filing and docketing fees.

ACCORDINGLY, it is **ORDERED** that Petitioner's motion for leave to proceed on appeal *in forma pauperis* (Dkt. 15) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on January 7, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy furnished to:
*Pro Se* Plaintiff

2