**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CARLOS ALBERTO MIRA GIL,

    Plaintiff,

v.                                                    Case No. 8:09-CV-2101-T-30TBM

NEPHTALI SEPULVEDA, et al.,

    Defendants.
_____/

**ORDER**

Before the Court is Plaintiff's "Motion to Rescind Lien and Request for Return of Funds" ("motion") (Dkt. 18). In light of the Eleventh Circuit Court of Appeals' Order directing this Court to return all funds that were transferred from Plaintiff's prison trust account for the purpose of paying the appellate filing fee (Dkt. 19), the Court **ORDERS** that:

    1.        Plaintiff's motion (Dkt. 18) is **DENIED** as moot.

    2.        Pursuant to the Eleventh Circuit Court's November 12, 2010 Order (see Dkt. 19), the Clerk shall return all funds that were transferred from Plaintiff's prison trust account for the purpose of paying the appellate filing fee in this action.

**DONE** and **ORDERED** in Tampa, Florida on November 29, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy furnished to: *Pro Se* Plaintiff